OPINION — AG — ** COUNTY PLANNING COMMISSION — APPOINTMENT ** COUNTY COMMISSIONERS DO NOT HAVE THE AUTHORITY TO APPOINT A COUNTY PLANNING COMMISSION BUT THEY DO HAVE CERTAIN POWERS TO APPOINT A METROPOLITAN AREA PLANNING COMMISSION. (AUTHORITY, JURISDICTION, APPROPRIATE MONEY FOR THE FINANCING OF SUCH) CITE: 19 O.S. 861.1 [19-861.1], 19 O.S. 861.14 [19-861.14], 19 O.S. 863.1 [19-863.1], 19 O.S. 866.1 [19-866.1], 19 O.S. 866.36 [19-866.36], 19 O.S. 866.7 [19-866.7] (W. HOWARD O'BRYAN JR)